derson, *M. Carter Hall*, and *Morton K. Yonts* for petitioners. Solicitor General *Thacher* and Messrs. *Claude R. Branch, J. Frank Staley, Thomas E. Rhodes, Paul D. Miller, Charles Henry Butler, John A. Kratz, George L. Shearer*, and *McCready Sykes* for respondents.

No. 325. SCRIPPS, EXECUTRIX, v. SCRIPPS, EXECUTOR, ET AL. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. Messrs. *Frank H. Shaffer, Jr., Nathan L. Miller, John Weld Peck, Charles A. Brodek*, and *John H. Perry* for petitioner. Mr. *Newton D. Baker* for respondents.

No. 326. MISSOURI PACIFIC R. CO. v. CHICAGO, ROCK ISLAND & PACIFIC RY. CO. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Messrs. *R. E. Wiley* and *Edward J. White* for petitioner. No appearance for respondent.

No. 328. LOUISIANA EX REL. BOARD OF SCHOOL DIRECTORS v. BROOKLYN COOPERAGE CO. October 20, 1930. Petition for writ of certiorari to the Supreme Court of Louisiana denied. Mr. *Peyton R. Sandoz* for petitioner. Mr. *E. B. Dubuisson* for respondent.

No. 329. BRIDGEPORT IRRIGATION DISTRICT v. UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. Mr. *William Ritchie, Jr.*, for petitioner. Solici-

*tor General Thacher, Assistant Attorney General Richardson* and *Messrs. Claude R. Branch, E. T. Burke,* and *Paul D. Miller* for the United States.

No. 331. ANNAPOLIS Co. *v.* WARDMAN ET AL. October 20, 1930. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Mr. Camden R. McAtee* for petitioner. No appearance for respondents.

No. 332. PROCTOR, RECEIVER, *v.* AMERICAN TRUST Co. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Romney Spring* and *Wm. G. Thompson* for petitioner. *Mr. Edmund K. Arnold* for respondent.

No. 335. NEW YORK *v.* ISAAC G. JOHNSON & Co. October 20, 1930. Petition for writ of certiorari to the Supreme Court of New York denied. *Messrs. Robert P. Beyer* and *Hamilton Ward* for petitioner. *Messrs. John Jay McKelvey, Morgan J. O'Brien, Martin Conboy,* and *Harry B. Chambers* for respondent.

No. 338. ZARATE *v.* UNITED STATES. October 20, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Herbert Stanton Phillips* for petitioner. *Solicitor General Thacher* and *Messrs. Claude R. Branch, Harry S. Ridgely,* and *Paul D. Miller* for the United States.